IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SADAKA T. DAVIS,              )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         2:14cv1064-MHT
                              )             (WO)
JOHN HOLLIS JACKSON, III,     )
                              )
    Defendant.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining that the defendant, a municipal court judge, denied him due process of law and incarcerated his wife for challenging his jurisdiction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of January, 2015.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE